SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada Bar No.: 9033
JOEY GILBERT LAW
405 Marsh Ave.
Reno, Nevada 89509
Tel: (775) 284-7000
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
Co-Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MONICA BRANCH-NOTO, individually and on behalf of JOHN DOE MINOR *NO. 1*, as guardian of said minor, TIFFANY PAULSON, individually and on behalf of JOHN DOE MINOR *NO. 2* and JANE DOE MINOR *NO. 1*, as guardian of said minors,

              Plaintiffs,

       vs.

STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT, a public entity, DOES 1 through 100.

              Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:21-cv-01507 JAD-DJA**

**AMENDED STIPULATION AND ORDER TO CONTINUE NOVEMBER 10, 2021 HEARING**

**(FIRST REQUEST)**

## AMENDED STIPULATION AND ORDER TO CONTINUE TRIAL DATE

IT IS HEREBY STIPULATED between SIGAL CHATTAH, ESQ, Counsel for Plaintiffs MONICA BRANCH NOTO ETAL, and CRAIG A. NEWBY, ESQ. Counsel for Defendants STEPHEN F. SISOLAK and AARON DARNELL FORD (State Defendants), along with MARK E. FERRARIO, ESQ. Counsel for Defendant, CLARK COUNTY SCHOOL DISTRICT, that hearing scheduled for November 10, 2021, at the hour of 10:00a.m. for Plaintiffs' Motion for Preliminary Injunction and Defendants' Motions to Dismiss, be vacated and set to a date and time convenient to this Court, a week thereafter.

The foregoing Stipulation is entered for the following reasons:

1.      Plaintiffs' Counsel are unavailable on the date currently set for the hearing.

2.      Plaintiffs have filed an Emergency Motion to Continue said scheduled hearing (see ECF No. 23).

3.      Plaintiffs submit the foregoing Stipulation and Order with no dilatory intent or to cause undue delay.

4.      In light of the scheduling conflict, the parties have agreed to request a continuance of the hearing to a date convenient to the Court and counsel.  For the Court's consideration, at present all parties and counsel are available on November 17 for a hearing.


Dated this 8th day of November, 2021.


___/s/ Craig Newby_____          ___/s/ Sigal Chattah_____
CRAIG A. NEWBY ESQ.                               SIGAL CHATTAH, ESQ.
Counsel for State Defendants                      Counsel for Plaintiffs


___/s/ Mark Ferrario_____          ___/s/ Joey Gilbert_____
MARK E. FERRARIO, ESQ.                           JOEY GILBERT, ESQ.
Counsel for Clark County School District         Counsel for Plaintiff

**ORDER**

Based on the parties' amended stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that **the November 10, 2021, hearing is VACATED**; the emergency motion to continue hearing **[ECF No. 24] and** the original stipulation to continue **[ECF No. 25] are DENIED** as moot.  The Court will endeavor to reschedule the hearing to a date and time next week.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 9, 2021