MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          welchkirmsew@gtlaw.com

*Counsel for Defendant Clark County School District*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MONICA BRANCH-NOTO, individually and on behalf of JOHN DOE MINOR NO. 1, as guardian of said minor, TIFFANY PAULSON, individually and on behalf of JOHN DOES MINOR NO. 2 and JANE DOE MINOR NO. 1, as guardian of said minors,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT, a public entity, DOES 1 Trough 100,<br><br>Defendants. | CASE NO. 2:21-cv-01507-JAD-DJA<br>Related Case: 2:21-cv-02036-GMN-BNW<br><br>**DEFENDANTS' NOTICE OF RELATED CASES PURSUANT TO LR 42-1** |

///

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

1

In accordance with Local Rule 42-1, Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through its attorneys of record, hereby file this Notice of a Directly Related Case. The following case involves the same defendants, involves the same legal issues, and, most importantly, involves the same underlying facts, and is therefore directly related to the instant case:

**JASON RUIZ, individually and on behalf of JANE DOE *MINOR NO. 1*, as guardian of said minor; ROBERT PARKER, individually and on behalf of JOHN DOE *MINOR NO. 1* and JANE DOE *MINOR NO. 2*, as guardian of said minors; ERIN GOMEZ, individually and on behalf of JOHN DOE *MINOR NO. 2* and JANE DOE *MINOR NO. 3*, v. STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT**; Case No. 2:21-cv-02036-GMN-BNW, United States District Court, District of Nevada (hereinafter "Related Case"). The Related Case was filed in the Eighth Judicial District of Nevada, Case No. A-21-843061-C on October 25, 2021 by the same attorneys who filed the instant case and Defendants removed the action to Federal Court.

Pursuant to LR 42-1(a), the instant case and the Related Case meet the five (5) enumerated qualifiers of whether cases are deemed related. As noted above, both cases involve the same claims by CCSD students and their parents challenging the same State-wide orders and CCSD's policy that masks be worn to help mitigate the spread of COVID-19. In fact, the Complaints are nearly identical except for the fact that the Related Case was originally filed in state court with different plaintiffs despite the fact that the instant purports to be a class action. Further, in both actions plaintiffs allege that mask mandates caused them physical and emotional harm, and violated their constitutional right to due process and to make decisions regarding their children. Given the direct overlap of the cases, the discovery necessary for

///

///

each will be nearly identical; therefore, the cases are related and should be consolidated to

avoid duplication and inconsistency.

DATED this 15th day of November 2021.

          **GREENBERG TRAURIG, LLP**

By: */s/ Kara B. Hendricks*
MARK E. FERRARIO (SBN 01625)
KARA B. HENDRICKS (SBN 07743)
WHITNEY L. WELCH-KIRMSE (SBN 12129)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

*Attorneys for Defendant Clark County School District*

3

ACTIVE 61310979v1

# CERTIFICATE OF SERVICE

I hereby certify that on **November 15, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

SIGAL CHATTAH, ESQ.
Chattahlaw@gmail.com
Nevada Bar No.: 08264
**CHATTAH LAW GROUP**
5875 S. Rainbow Boulevard, Suite 203
Las Vegas, Nevada  89118
Telephone: (702) 360-6200
Facsimile:  (702) 643-6292
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Joey@joeygilbertlaw.com
Nevada Bar No.: 09033
**JOEY GILBERT LAW**
201 W. Liberty Street, Suite 210
Reno, Nevada  89501
Telephone:  (775) 284-7000
Facsimile:   (775) 284-3809
*Co-Counsel for Plaintiffs*

AARON D. FORD
Attorney General
CRAIG A. NEWBY (NV Bar 08591)
cnewby@ag.nv.gov
Deputy Solicitor General
**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
555 E. Washington Avenue
Suite 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-3420
Facsimile:  (702) 486-3773
*Counsel for State Defendants*

                                                    */s/ Evelyn Escobar-Gaddi*
                                      An employee of GREENBERG TRAURIG, LLP