MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:  (702) 792-3773
Facsimile:   (702) 792-9002
Email: ferrariom@gtlaw.com
          hendricksk@gtlaw.com
          welchkirmsew@gtlaw.com

*Counsel for Defendant Clark County School District*

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MONICA BRANCH-NOTO, individually and on behalf of JOHN DOE MINOR NO. 1, as guardian of said minor, TIFFANY PAULSON, individually and on behalf of JOHN DOES MINOR NO. 2 and JANE DOE MINOR NO. 1, as guardian of said minors,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT, a public entity, DOES 1 Trough 100,<br><br>Defendants. | CASE NO. 2:21-cv-01507-JAD-DJA<br><br>Related Case:<br>2:21-cv-01725-BNW<br>2:21-cv-02036-GMN-BNW<br><br>**CLARK COUNTY SCHOOL DISTRICT'S AMENDED NOTICE OF RELATED CASES PURSUANT TO LR 42-1** |

/ / /

/ / /

/ / /

1

ACTIVE 61392743v2

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

In accordance with Local Rule 42-1, Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through its attorneys of record, hereby files this Amended Notice of Related Cases.

The following cases were also filed on behalf of students enrolled in the Clark County School District ("CCSD") and their parents or related parties, who assert similar legal claims and seek similar injunctive relief against CCSD regarding its face mask policy implemented at the start of the 2021-2022 school year in response to the COVID-19 pandemic, and are therefore directly related to the instant case which makes similar allegations against CCSD:

**1)   BRANDON BURNS, SHARELLE MENDENHALL, 18 MINORS by and through their parents, WENDY PRICE, AMY MCKAY, TINA SPENDLOVE, KELLY CAMPIS, LAZARO CAMPIS, ANDREA MILLER-PEWSEY, WALTER MATUSZYK, LEIGH MADDOX, KATIE PARNCUTT, DEANNA GLAZA, BRIAN COOK and BONNIE TAYLOR v. CLARK COUNTY SCHOOL DISTRICT, BOARD OF EDUCATION; DR. JESUS F. JARA, in his official capacity as Superintendent of the Clark County School District; and LINDA P. CAVAZOS, IRENE A. CEPEDA, EVELYN GARCIA MORALES, LOLA BROOKS, DANIELLE FORD, LIZA GUZMAN, and KATIE WILLIAMS, all in their individual capacities and in their capacities as members of the Clark County School District Board of Education** ; Case No. 2:21-cv-01725-BNW, United States District Court, District of Nevada (hereinafter "Burns Case"). The Burns Case was filed on September 20, 2021.

**2)   JASON RUIZ, individually and on behalf of JANE DOE *MINOR NO. 1*, as guardian of said minor; ROBERT PARKER, individually and on behalf of JOHN DOE *MINOR NO. 1* and JANE DOE *MINOR NO. 2*, as guardian of said minors; ERIN GOMEZ, individually and on behalf of JOHN DOE *MINOR NO. 2* and JANE DOE *MINOR NO. 3*, v. STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT**; Case No. 2:21-cv-02036-GMN-BNW, United States District Court, District of Nevada (hereinafter "Ruiz Case"). The Ruiz Case was filed in the Eighth Judicial District of Nevada, Case No. A-21-843061-C on October 25, 2021 by the same attorneys who filed the instant case and Defendants recently removed the action to Federal Court.

Pursuant to LR 42-1(a), the instant case and the Burns and Ruiz Cases (collectively the "Related Cases") meet enumerated qualifiers of whether cases are deemed related. As noted above, these cases were all initiated on behalf of CCSD students and their parents' or interested parties who are claiming CCSD's face mask policy in response to COVID-19 violates their federal constitutional

*ACTIVE 61392743v2*

rights pursuant to 42 U.S.C. §1983 and caused them injuries under state law. All cases additionally request similar injunctive relief. Given the direct overlap in these cases, the legal issues and discovery in each will be nearly identical; therefore, the cases are related and should be consolidated to avoid duplication and inconsistency.

DATED this 18th day of November 2021.

**GREENBERG TRAURIG, LLP**

By: */s/ Whitney L. Welch-Kirmse*
MARK E. FERRARIO (SBN 01625)
KARA B. HENDRICKS (SBN 07743)
WHITNEY L. WELCH-KIRMSE (SBN 12129)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

*Attorneys for Defendant Clark County School District*

## CERTIFICATE OF SERVICE

I hereby certify that on **November 18, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

> */s/ Evelyn Escobar-Gaddi*
> An employee of GREENBERG TRAURIG, LLP

4

ACTIVE 61392743v2