AARON D. FORD
  Attorney General
Craig A. Newby (Bar No. 8591)
  Deputy Solicitor General
State of Nevada
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA BRANCH-NOTO, individually and on behalf of JOHN DOE MINOR NO. 1, as guardian of said minor, TIFFANY PAULSON, individually and on behalf of JOHN DOE MINOR NO. 2 and JANE DOE MINOR NO. 1, as guardian of said minors,<br><br>   Plaintiffs,<br> vs.<br><br>STEPHEN F. SISOLAK, in his official capacity as Governor of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT, a public entity, DOES 1 through 100,<br><br>   Defendants. | Case No. 2:21-cv-01507-JAD-DJA<br><br>**STATE DEFENDANTS' JOINDER TO CLARK COUNTY SCHOOL DISTRICT'S MOTION TO CONSOLIDATE CASE NOS. 2:21-cv-01507-JAD-DJA, CASE NO. 2:21-cv-01725-GMN-BNW and CASE NO. 2:21-cv-02036-GMN-BNW FOR ALL PURPOSES (ECF No. 32)** |

  Defendants Stephen F. Sisolak, in his official capacity as Governor of the State of Nevada, and Aaron D. Ford, in his official capacity as Attorney General for the State of Nevada (collectively the "State Defendants") hereby joins Clark County School District's Motion to Consolidate Case Nos. 2:21-cv-01507-JAD-DJA, Case No. 2:21-cv-01725-GMN-BNW and Case No. 2:21-cv-02036-GMN-BNW For All Purposes.

  As set forth in the Motion, two of the three cases were brought by the same Plaintiffs' counsel against the same defendants for substantially the same claims under federal law. The State Defendants contend that these claims lack merit as a matter of law, as set forth

in motion practice in the *Branch-Noto* case. These common questions warrant consolidation for consistent dismissal by the court.

DATED this 29th day of November, 2021.

> AARON D. FORD
> Attorney General
>
> By: */s/ Craig A. Newby*
> Craig A. Newby (Bar No. 8591)
> Deputy Solicitor General
> *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system on the 29th day of November, 2021, and e-served the same on all parties listed on the Court's Master Service List.

　　　　　　　　　　　　　　　　　　／s/ *Traci Plotnick*
　　　　　　　　　　　　　　　　　　Traci Plotnick, an employee of the
　　　　　　　　　　　　　　　　　　Office of the Attorney General