AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Monica Branch-Noto

                Plaintiff,

v.

Stephen F. Sisolak, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:21-cv-01507-JAD-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiffs' federal claims are DISMISSED with prejudice because amendment would be futile. And because I decline to exercise supplemental jurisdiction over plaintiffs remaining state-law claims, IT IS FURTHER ORDERED that those claims are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(3). This case is now closed.

12/22/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk