SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd #203
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Chattahlaw@gmail.com
*Counsel for Plaintiffs*

JOSEPH S. GILBERT, ESQ.
Nevada Bar No.: 9033
JOEY GILBERT LAW
201 W. Liberty Street, Suite 210
Reno, Nevada 89501
Tel: (775) 284-7000
Fax: (775) 284-3809
Joey@joeygilbertlaw.com
Co-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA BRANCH-NOTO, individually and on behalf of JOHN DOE MINOR *NO. 1*, as guardian of said minor, TIFFANY PAULSON, individually and on behalf of JOHN DOE MINOR *NO. 2* and JANE DOE MINOR *NO. 1*, as guardian of said minors,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN F. SISOLAK, in his official capacity as Governor of the State of Nevada, AARON DARNELL FORD, in his official capacity as the Attorney General of the State of Nevada, CLARK COUNTY SCHOOL DISTRICT, a public entity, DOES 1 through 100.<br><br>Defendants | **Case No. 2:21-cv-01507 JAD-DJA**<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

COME NOW, Plaintiffs, MONICA BRANCH-NOTO AND TIFFANY PAULSON, and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on December 22, 2021, from the United States District Court for Nevada.

The foregoing Appeal includes an appeal from [ECF 38] denying Plaintiffs' Motion for Permanent Injunction [ECF 8], and disposition of the Motions to Dismiss filed by all Defendants herein [ECF 13, 17].

DATED this  22nd  day of December, 2021.

**CHATTAH LAW GROUP**

*/s/ Sigal Chattah*
SIGAL CHATTAH, ESQ.
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #203
Las Vegas, Nevada 89118
Tel.:(702) 360-6200
*Attorney for Plaintiffs*