# EXHIBIT A
Sigal Chattah's Social Media Posts





