# EXHIBIT B
Joey Gilbert Instagram Post

