AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Monica Branch-Noto, et al., | AMENDED |
| Plaintiffs, | JUDGMENT For ATTORNEY FEES IN A CIVIL CASE |
| v. | Case Number: 2:21-cv-01507-JAD-DJA |
| Stephen E. Sisolak, in his official capacity as Governor of the State of Nevada, et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant Clark County School District is awarded $57,021.00 in attorneys' fees against Plaintiffs Monica Branch-Noto, Tiffany Paulson.

| | |
|---|---|
| 7/26/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |